United States Bankruptcy Court for the:

Northern District of California

Case number (If known): _____

Chapter you are filing under:
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

FILED D.S.
OCT -3 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

- [ ] Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

201 El Camino Real LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

88-3272286

**4. Debtor's address**

Principal place of business

66 Barry Lane
Number    Street

Atherton       CA    94027
City           State   ZIP Code

San Mateo County
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City           State   ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City           State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other. Specify: _____

| Debtor | 201 El Camino Real LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ☐ None of the above

    B. *Check all that apply:*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
    5313

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ☑ Chapter 11. *Check all that apply:*
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    - ☐ No
    - ☑ Yes. District California Northern  When 07/15/23  Case number 3-23-BK-30465
    - District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ☐ No
    - ☑ Yes. Debtor Nariman Teymourian   Relationship _____
    - District California Northern Bankruptcy Court   When 10/02/2023
    - Case number, if known _____

Debtor: 201 El Camino Real LLC  
Case number (if known): _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that cod quickly deteriorate or lose value wi thout attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number  Street
_____
City  State  ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | 201 El Camino Real LLC | Case number (if known) |
|---|---|---|
| | Name | |

16. **Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that th information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/02/2023
MM / DD / YYYY

X /s/ Nariman Teymourian          Nariman Teymourian
Signature of authorized representative of debtor     Printed name

Title Manager

18. **Signature of attorney**

X /s/ Barzin Sabahat          Date 10/02/2023
Signature of attorney for debtor          MM / DD / YYYY

Barzin Sabahat
Printed name

By the Law, APC
Firm name

940 Saratoga Ave 112
Number    Street

San Jose          CA          95129
City          State          ZIP Code

408-550-8686          barry@anchorlawgroup.com
Contact phone          Email address

164248          CA
Bar number          State